*E-FILED: June 21, 2013*

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CECIL SHAW,<br><br>　　　Plaintiff,<br><br>　　　vs.<br><br>RM CHEVYS LLC, a Delaware limited liability company, dba CHEVY'S; EL CAMINO VILLAGE, INC., a California corporation;<br><br>　　　Defendants. | CASE NO. CV 13-01377 HRL<br><br>~~[PROPOSED]~~ **ORDER GRANTING EL CAMINO VILLAGE, INC.'S SUBSTITUION OF COUNSEL** |

　　　Defendant EL CAMINO VILLAGE, INC.'s request to substitute the following attorneys as their new counsel of record in this matter is hereby granted:

GREENBERG TRAURIG, LLP
GREGORY F. HURLEY (SBN 126791
MICHAEL J. CHILLEEN (SBN 210704)
3161 Michelson Drive, Suite 1000
Irvine, CA 92612
Telephone:  (949) 732-6500
Facsimile:  (949) 73206501
hurleyg@gtlaw.com
chilleenm@gltaw.com

/ / /

/ / /

/ / /

/ / /

The following attorney will no longer be representing Defendant EL CAMINO VILLAGE, INC.:

ANTONIOLI & FARLEY
DAVID E. FARLEY
525 West Remington Drive, Suite 130
Sunnyvale, CA 94087
Tel: (408) 739-9717
Fax (408) 739-1525

**IT IS SO ORDERED.**

Dated: June 21, 2013

_____
Honorable Howard R. Lloyd
United States District Court

ORDER GRANTING　　　　　　-2-　　　　Case No. CV 13-01377 HRL
SUBSTITUTION OF COUNSEL
*Shaw v. RM Chevys LLC, et al.*