*E-FILED: June 21, 2013*

# UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CECIL SHAW,<br><br>     Plaintiff,<br><br>vs.<br><br>RM CHEVYS LLC, a Delaware limited liability company, dba CHEVY'S; EL CAMINO VILLAGE, INC., a California corporation;<br><br>     Defendants. | CASE NO. CV 13-01377 HRL<br><br>~~[PROPOSED]~~ **ORDER GRANTING EL CAMINO VILLAGE, INC.'S SUBSTITUION OF COUNSEL** |

Defendant EL CAMINO VILLAGE, INC.'s request to substitute the following attorneys as their new counsel of record in this matter is hereby granted:

GREENBERG TRAURIG, LLP
GREGORY F. HURLEY (SBN 126791
MICHAEL J. CHILLEEN (SBN 210704)
3161 Michelson Drive, Suite 1000
Irvine, CA 92612
Telephone: (949) 732-6500
Facsimile: (949) 73206501
hurleyg@gtlaw.com
chilleenm@gltaw.com

/ / /

/ / /

/ / /

/ / /

1  The following attorney will no longer be representing Defendant EL CAMINO
2  VILLAGE, INC.:

3  ANTONIOLI & FARLEY
   DAVID E. FARLEY
4  525 West Remington Drive, Suite 130
   Sunnyvale, CA 94087
5  Tel: (408) 739-9717
   Fax (408) 739-1525
6
7  **IT IS SO ORDERED.**

8

9  Dated: __June 21, 2013__                    _____
                                                Honorable Howard R. Lloyd
10                                              United States District Court

ORDER GRANTING                    -2-           Case No. CV 13-01377 HRL
SUBSTITUTION OF COUNSEL
*Shaw v. RM Chevys LLC, et al.*